Order issued October 5, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01087-CR    No. 05-12-01091-CR
No. 05-12-01088-CR    No. 05-12-01092-CR
No. 05-12-01089-CR    No. 05-12-01093-CR
No. 05-12-01090-CR    No. 05-12-01094-CR

**BRUCE BERNARD ANDERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## ORDER

Before Justices O'Neill, Richter, and Lang-Miers

The Motion for Rehearing filed by appellant is hereby OVERRULED.

MICHAEL O'NEILL
JUSTICE